**From:** Dan Cosgrove dan@anthemcp.com
**Subject:** Re: $500k Cash Advance
**Date:** May 18, 2023 at 11:41 AM
**To:** Kimmy Humphrey kimmy@primecommerciallending.com
**Cc:** Ryan Landry ryan@primecommerciallending.com



Thanks are we still on for right now? your phone is going straight to voicemail
Dan Cosgrove
Chief Marketing Officer
C: (513) 638-2323
*"Unlock Your Wealth Potential Through Real Estate Investments"*
Visit Us @ anthemcp.com

On Thu, May 18, 2023 at 11:12 AM Kimmy Humphrey <kimmy@primecommerciallending.com> wrote:
> Hey Dan,
>
> Let me forward this to one of our attorneys and see if we can get something in writing for you.  Standby
>
> On Wed, May 17, 2023 at 6:26 PM Dan Cosgrove <dan@anthemcp.com> wrote:
>> Hey Kimmy,
>>
>> Pending the outcome of your call today if you are 100% confident that our insurance company can get this loan approved and funds available in the next 60 calendar days, then I would want a cash advance of $500k to cover our next extension.
>>
>> How soon can we make these funds available if the insurance company is giving us the green light and now it is just a waiting game?
>>
>> Thanks!
>>
>> Dan Cosgrove
>> Chief Marketing Officer
>> C: (513) 638-2323
>> *"Unlock Your Wealth Potential Through Real Estate Investments"*
>> Visit Us @ anthemcp.com
>
> --
> **Kimberly Humphrey**
> Prime Capital Ventures
> Executive Vice President
> 66 South Pearl 10th Floor
> Albany, NY 12207