

**Kimmy**

Wed, Jun 28 at 10:31 AM

> Sorry my lack of patience is killing me but you guys said 70 days for insurance and I owe my investors an update.

Can I will call you in a minute.

Please keep in mind- prime is in full compliance. I understand that your investors are putting pressure on you but prime has not done anything wrong thus far

I am waiting on an update that your investors need. But again pls keep in mind that prime presented loan docs that gave the flexibility for 90 banking days that you executed. a

> Yep fully aware that august 12th is the drop dead date, but you guys also said before I had another $500k go hard that July 16th was easily attainable. I'm purely trying to find a back up agreement if for some reason