**EXHIBIT F**
**FORM TERMINATION LETTER**
**TERMINATION LETTER**

PRIME CAPITAL VENTURES, LLC
ATTENTION: Kris D. Roglieri
66 South Pearl Street, 10th Floor
Albany, NY 12207

Re: Development Line of Credit Agreement for 526 Murfreesboro LLC

To Whom It May Concern:

The undersigned Borrower has decided to exercise its rights to terminate the above-referenced transaction pursuant to the terms of the LOC Agreement dated April 6, 2023.

Please consider this letter as notice of the Borrower's termination of the LOC Agreement and request a refund of the Borrower's ICA payment, less any amounts due and owed to the Lender under Section 13.7 of the LOC Agreement.

[BORROWER] 526 Murfreesboro LLC

By: _____
Name: Daniel Cosgrove
Title: Member of 526 Murfreesboro LLC


SUBSCRIBED AND SWORN TO BEFORE ME on this 28th day of Sept , 2023

_____
NOTARY PUBLIC

In and for the State of MASS

My Commission Expires: _____

JAYDEN DDHIR
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 15, 2025