**Perkins, Frances**

**From:** Kimmy Humphrey <kimmy@primecommerciallending.com>
**Sent:** Friday, November 10, 2023 3:37 PM
**To:** Abelow, Mike; Perkins, Frances
**Cc:** Ned Trombly; Kris Roglieri
**Subject:** Re: Prime

To All,

The client's termination was received on 9/29. 30 banking days is Tuesday, Nov 14th. Not today.

Close, but it is on Tuesday.

Regards,
Kimberly

**From:** "Trombly, Ned" <NTROMBLY@barclaydamon.com>
**Date:** November 9, 2023 at 3:12:27 PM EST
**To:** kris@primecommerciallending.com, kris@commercialcapitaltraining.com
**Subject: FW: Prime**

**Ned Trombly**

Partner

1

**BARCLAY DAMON** LLP
80 State Street • Albany, NY 12207
D: (518) 429-4225 • F: (518) 427-3489 • C: (518) 788-7487
E: NTROMBLY@barclaydamon.com

barclaydamon.com  •  vCard  •  Profile

This electronic mail transmission is intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the atto privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. received this transmission in error, please notify the sender immediately by e-mail and delete the original message.

**From:** Abelow, Mike <MAbelow@srvhlaw.com> them I haven
**Sent:** Thursday, November 9, 2023 1:47 PM
**To:** Trombly, Ned <NTROMBLY@barclaydamon.com>
**Cc:** Perkins, Frances <FPerkins@srvhlaw.com>
**Subject:** Prime

Ned,

As we've discussed, my client is extremely frustrated with his experience with Prime. I have continued to convince him to be patient and wait till November 10th before making any rash decisions. However, we are now a day away and we don't have clarity on when/if the money will be returned. So that we can both minimize the headaches that could ensue can you please let us know when the money will arrive?

To simplify your process of returning the funds so that they hit tomorrow here is the banking information.

Bank: U.S. Bank
Routing: 042000013

Account #: 130125864095
Beneficiary: 526 Murfreesboro LLC

---

**From:** Abelow, Mike <MAbelow@srvhlaw.com>
**Sent:** Tuesday, November 7, 2023 10:54 AM
**To:** Trombly, Ned <NTROMBLY@barclaydamon.com>; Perkins, Frances <FPerkins@srvhlaw.com>
**Subject:** RE: reschedule our call?

Ned, any update on this?

Also, by our calculation the ICA deposit funds are due to be returned on Friday. Can you confirm that timing will be met in order to avoid litigation early next week?

--
**Kimberly Humphrey**
Prime Capital Ventures
Executive Vice President
66 South Pearl 10th Floor
Albany, NY 12207