## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **526 Murfreesboro, LLC,** | ) | |
| | ) | **Case No. 3:23-cv-01239** |
| **Plaintiff,** | ) | |
| | ) | **Judge Campbell** |
| **v.** | ) | **Magistrate Judge Frensley** |
| | ) | |
| **Prime Capital Ventures, LLC,** | ) | **Jury Demand** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S SUGGESTION OF INVOLUNTARY BANKRUPTCY OF DEFENDANT

Plaintiff 526 Murfreesboro, LLC ("526 Murfreesboro") respectfully suggests to the Court that on December 19, 2023 it, along with two other petitioning creditors, filed an involuntary bankruptcy petition against Defendant in the United States Bankruptcy Court for the Northern District of New York, Case No. 23-11302.

Although Plaintiff is not aware of any controlling Sixth Circuit authority on this point, "[a] majority of courts have taken the position that the automatic stay applies equally upon the filing of an involuntary petition."[1] Accordingly, Plaintiff respectfully requests that the Court stay this action at this time.

---

[1] *In re BankVest Cap. Corp.*, No. 99-47760-JBR, 2003 WL 1700978, at *6 (D. Mass. Mar. 28, 2003) (collecting majority and minority cases on this point).

Respectfully submitted,

*/s/ Michael G. Abelow*

Michael G. Abelow (No. 26710)
Frances W. Perkins (No. 40534)
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
(615) 742-4532
mabelow@srvhlaw.com
fperkins@srvhlaw.com

*Counsel for 526 Murfreesboro, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing will be served via email to the persons listed below:

Kris D. Roglieri
PRIME CAPITAL VENTURES, LLC
66 South Pearl Street, 10th Floor
Albany, NY 12207
kris@primecommerciallending.com

Ned Trombly
BARCLAY DAMON
80 State St.
Albany, NY 12207
(518) 429-4225
ntrombly@barclaydamon.com

*/s/Michael G. Abelow*
Michael G. Abelow